# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| ABAL ZAIDI | FILED: JULY 14, 2008 |
| v. | 08CV3987 |
| KANE COUNTY SHERIFF'S DEPARTMENT | JUDGE COAR |
| | MAGISTRATE JUDGE ASHMAN |
| | TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ABAL ZAIDI, Plaintiff

| | |
|---|---|
| **NAME** (Type or print) <br> BITTA MOSTOFI | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ BITTA MOSTOFI | |
| **FIRM** <br> Council on American-Islamic Relations (CAIR-Illinois) | |
| **STREET ADDRESS** <br> 28 East Jackson Boulevard, Suite 1410 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60604 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6290292 | **TELEPHONE NUMBER** <br> 312.212.1520 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |