

Council on American-Islamic Relations
Chicago Chapter
28 E. Jackson Blvd., Suite 1410
Chicago, IL 60604
Tel 312.212.1520　Fax 312.212.1530

July 15, 2008

RE: Receipt no. 2931647
　　Receipt no. 2931747
　　Case no. 08cv3987

## Request for the Clerk of Court to Refund Filing Fee

Dear Sir or Madam:

　　Our office e-filed a complaint on July 14, 2008. We mistakenly received two receipt no.'s for this filing. Please note that our intention was to make only one internet payment for one complaint.

Therefore, **Receipt no. 2931647** was a mistaken duplicate. **Receipt no. 2931747**, corresponding to **case no. 08cv3987** was correctly filed.

Please refund the payment contained in Receipt no. 2931647.

Sincerely,

Bitta Mostofi, Esq.