### United States District Court for the Northern District of Illinois

Case Number:  08CV3987

Assigned/Issued  By:  DAJ

Judge Name:

Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**

☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

### (For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets   (Victim, Against and $ Amount)

☐ Writ _____
          (Type of Writ)

1  Original and  0  copies on  07/15/08  as to  KANE COUNTY SHERIFFS
                                      (Date)
DEPT.

C:\wpwin80\docket\feeinfo.frm    03/14/05