# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:   08 C 3987

ABAL ZAIDI, Plaintiff

v.

KANE COUNTY SHERIFF'S DEPARTMENT, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

ABAL ZAIDI, Plaintiff

---

NAME (Type or print)
Kevin Vodak

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/Kevin Vodak

FIRM   Council on American-Islamic Relations, Chicago Chapter

STREET ADDRESS   28 E. Jackson Blvd., Suite 1420

CITY/STATE/ZIP   Chicago, IL 60604

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6270773          TELEPHONE NUMBER   312-212-1520

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                         APPOINTED COUNSEL